## 2505.  KINNEMAN *et al.* v. THE STATE.

HILL, C. J.   The objections made to certain portions of the charge are without material error, when considered with the entire charge; and there is some evidence to support the verdict.     *Judgment affirmed.*

Indictment for breaking and stealing from railroad car; from Whitfield superior court—Judge Fite. January 22, 1910.

Submitted March 22,—Decided April 6, 1910.

*William E. Mann,* for plaintiff in error.

*Thomas C. Milner, solicitor-general, Maddox, McCamy & Shumate, George W. Stevens,* contra.